# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| WHITLEY STEEL CO., INC., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 3:19-CV-00081-MMH-JBT |
| ) | |
| NATIONAL BANK OF ) | UNOPPOSED |
| COMMERCE ) | |
| D/B/A FIRST ATLANTIC BANK ) | |
| ) | |
| ) | |
|    Defendant. ) | |

## DEFENDANT NATIONAL BANK OF COMMERCE'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION

COMES NOW, Defendant National Bank of Commerce ("NBC") and, pursuant to Local Rule 3.01(c) and (d), hereby moves this Court for leave to file a Reply to Plaintiff's Opposition to Defendant National Bank of Commerce's Motion to Dismiss Count Three of the Complaint and Incorporated Memorandum of Law ("Plaintiff's Opposition") (Doc. 15), in order to clarify how the cases cited in Plaintiff's Opposition that were not addressed in NBC's Motion to Dismiss offer further support for the dismissal of Count Three of Plaintiff's Complaint.

04742210.1

If NBC's instant motion is granted, its Reply will not exceed three (3) pages.

Pursuant to Local Rule 3.01(g), the undersigned counsel for NBC certifies that she has conferred with Plaintiff's counsel about seeking leave to file a short Reply to Plaintiff's Opposition, and Plaintiff's counsel does not oppose the requested relief.

WHEREFORE, NBC respectfully requests that this Court enter an order granting it leave to file a Reply of not more than three (3) pages in response to Plaintiff's Opposition.

                                  Respectfully submitted

                                  *s/ Starr Turner Drum*
                                  Starr Turner Drum
                                  Florida Bar No. 88866
                                  Counsel for Defendant National Bank of Commerce
                                  MAYNARD COOPER & GALE, P.C.
                                  1901 Sixth Avenue North, Suite 2400
                                  Birmingham, Alabama 35203
                                  Tel: (205) 254-1000
                                  Fax: (205) 254-1999
                                  Email: sdrum@maynardcooper.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on February 11, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to the following counsel of record by operation of the Court's Electronic Filing System:

Helen H. Albee
Florida Bar No.: 987247
Counsel for Whitley Steel Co., Inc.
TRITT & ASSOCIATES, P.A.
707 Peninsular Place
Jacksonville, FL 32204
Tel: (904) 354-5200
Fax: (904) 354-5256
Email: helen.albee@atritt.com

            *s/ Starr Turner Drum*
            Starr Turner Drum
            Florida Bar No. 88866
            Counsel for Defendant National Bank of Commerce
            MAYNARD COOPER & GALE, P.C.
            1901 Sixth Avenue North, Suite 2400
            Birmingham, Alabama 35203
            Tel: (205) 254-1000
            Fax: (205) 254-1999
            Email: sdrum@maynardcooper.com