**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| WHITLEY STEEL CO., INC. | CASE NO. 3:19-cv-81-J-34JBT |
| v. | |
| NATIONAL BANK OF COMMERCE | |
| d/b/a First Atlantic Bank | |

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Helen Albee | Starr Drum |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. WilesCourt Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF: MOTION HEARING

Count Two has been dismissed with prejudice.

Oral argument by counsel.

For the reasons stated on the record, Defendant National Bank of Commerce's Motion to Dismiss Counts Two and Three of Plaintiff's Complaint (Dkt. No. 7) is **DENIED without prejudice**.

Defendant shall have up to and including **August 1, 2019**, to file a responsive pleading.

Date: July 17, 2019Time: 3:04 p.m. – 3:37 p.m.Total: 33 Minutes